IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BARBARA MICHALCZYK and
WBAJ, LTD.,

                                                          ORDER

                  Plaintiffs,

                                                    11-cv-504-bbc

    v.

JERRY MASLYK, ELIZABETH WDOWIAK,
BARABOO INN, INC. and BONZOS, INC.,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In this civil action arising under Wisconsin state law, plaintiffs Barbara Michalczyk and WBAJ, Ltd. allege that this court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) because the parties are completely diverse and the matter in controversy exceeds $75,000. However, this case has been pending since July 18, 2011 and plaintiffs have not shown yet that this court has subject matter jurisdiction over it.  On November 3, 2011, I issued an order directing plaintiffs to provide the court verification of the citizenship of plaintiffs and defendants Jerry Maslyk, Elizabeth Wdowiak, Baraboo Inn, Inc. and Bonzos, Inc.  I warned plaintiffs that if they failed to provide proof of diversity by November 14, 2011, the case would be dismissed for lack of subject matter jurisdiction.  Plaintiffs have not responded to

1

the order. Therefore, I am dismissing the case for lack of subject matter jurisdiction.

ORDER

IT IS ORDERED that this case is DISMISSED for lack of subject matter jurisdiction.

The clerk of court is directed to enter judgment accordingly and close this case.

Entered this 18th day of November, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2