IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BARBARA MICHALCZYK and
WBAJ, LTD.,

      Plaintiffs,

v.

JERRY MASLYK, ELIZABETH WDOWIAK,
BARABOO INN, INC., and BONZOS, INC.,

      Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-504-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing this case for lack of subject matter jurisdiction.

_____*Peter Oppeneer*_____    11/21/11
Peter Oppeneer, Clerk of Court    Date